| | |
|---|---|
| 1 | Rod Danielson |
| 2 | Chapter 13 Trustee<br>3787 University Avenue |
| 3 | Riverside, CA 92501<br>Tel. (951) 826-8000, Fax (951) 826-8090 |
| 4 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DIVISION**

To: Clerk, U.S. Bankruptcy Court

Re: UNDISTRIBUTED FUNDS

Case No.: 6:12-bk-30013-MJ

Debtor(s): TIMOTHY SHANE SAFRANEK
40998 BOUVIER CT
MURRIETA, CA 92562

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| VISION CONSTRUCTION & RESTORATION | $1,340.81 |
| 40195 CHAPARRAL DR<br>TEMECULA, CA 92592 | |

Dated: 1/25/17

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 1230013 | TIMOTHY SHANE SAFRANEK | XXXX | 00010 | 1,340.81 | 0.00 | 1,340.81 |

ROD DANIELSON, Chapter 13 Trustee
Payee: US BANKRUPTCY COURT

Check #.: 0577291
Date: Jan 24, 2017

PLEASE DETATCH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT   TOTALS: 1,340.81   0.00   1,340.81

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000

TIMOTHY SHANE SAFRANEK
CASE: 6:12-bk-30013-MJ
BALANCE: 0.00   [0.00 Claim:00010]
ACCT: XXXX
PRINCIPAL: 1,340.81
INTEREST: 0.00

90-4388
1222

**CALIFORNIA UNITED BANK**
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER: **0577291**

CHECK DATE: **Jan 24, 2017**
AMOUNT: ********1,340.81****
VOID 45 DAYS FROM DATE

**PAY** One Thousand Three Hundred Forty And 81/ 100 Dollars

**TO THE ORDER OF** *US BANKRUPTCY COURT*
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0577291⑈ ⑆122243884⑆ ⑈030⑈100078⑈